UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CYNDA D. CARNES, Personal Representative of the ESTATE OF JEANNE COREY, deceased,

Plaintiff,

v.

JOURNAL NEWS, INC. RETIREMENT PLAN and AETNA LIFE INSURANCE COMPANY,,

Defendants.

Case No. 08-cv-702-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

**Dated: February 12, 2009**            **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**